RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUN 11 2019

FILED
DOCKETED
DATE INITI

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTHE CIRCUIT

| | | |
|---|---|---|
| JOHNY E. MORENO<br>Appellant | * | CASE#19-30063<br>D.C.#1:18-CR-00097 |
| Vs | * | |
| UNITED STATES OF AMERICA<br>Appellee | * | MOTION FOR RECONSIDERATION |

Now Come, Johny Moreno, (Appellant), pro se, hereby and pursuant to his constitutional rights does move before this Honorable Court for/to review the following facts and grant his petition due to the fact that otherwise will be perjudicial to his liberty. On May 13, 2019 this Court received Appellant's Motion where he requested to be appointed as his own Counsel, Also given notice to the fact that Attorney Courtney M. Peterson corruptly due process his rights causing therefore injuries in fact to him and his family. ... On May 22, 2019, Appellant received an order issued by a Clerk of this Court-Molly C. Dwyer, stating that because Appellant was represented by counsel, only counsel may file motions. ... Therefore the court decline to entretain his Motion. ... And affirming that the briefing schedule remains in effect. ... Appellant hereby object to such order, his reasoning behind such objection, is due to the fact that prisoners, in general, repudiate Attorneys, not even one inmate have something good to say about Attorneys. .... Right-now Appellant is in the stage of damage control, his direct appeal is the most important appeal where he can find proper relief, and he is not going to leave it to an Attorney. ... We must bear in mind

that personal liberties are not rooted in the law of averages. ... The right to defend is personal, the defendent, and not his lawyer or the State will bear the personal consequences of a conviction. It is the defendant, therefore, who must be free personally to decide whether in his particular case counsel is to his advantage. Nevertheless he may conduct his own defense ultimately to his detriment, his chöice must be honored out of that respect for the individual which is the lifeblood of the law. ...**Faretta v Califor nia.** 422 U.S. 806. 835 (1975) (quotation marks and citation omitted).

**Therefore. appellant. pursuant to his constitutional Standing move this Honorable court for/to honor his petition and dismiss the appointed counsel-Robyn Fyffe; allowed him to represent himself; and forword his Indictment; Plea-agreement; Sentencing transcripts ; and Judgement and Commitment Order.**

**EXECUTED THIS 29DAY OF MAY 2019**

JOHNY E. MORENO 19459 023
FEDERAL CORRECTIONAL INSTITUTION
VICTORVILLE # I PO BOX 3725
ADELANTO CA 92301