Robyn Fyffe, ISB#7063
FYFFE LAW LLC
800 W Main St, Ste 1460
Boise, Idaho 83702
Telephone: (208) 338-5231
Facsimile: (208) 917-4596
robyn@fyffelaw.com

Attorney for the Defendant-Appellant

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>vs.<br><br>JOHNY E. MORENO,<br><br>Defendant-Appellant. | Docket No. 19-30063<br>D.C. No. 1:18-cr-00097-BLW<br><br>**APPELLANT'S RESPONSE TO ORDER [dkt # 19]** |

Appellant Johny Moreno, through his attorney Robyn Fyffe, responds to the Court's order indicating counsel did not comply with its June 14, and July 11, 2019 orders to file a response to appellant's pro se motion to dismiss counsel.

Counsel complied with the Court's June 14, 2019 order on July 5, 2019. App. Dkt. 13, 13-1. Therein, counsel explained that she had never

met Mr. Moreno, would seek authorization to visit Mr. Moreno and would move to withdraw if appropriate. *Id*. On July 11, 2019, the Court construed counsel's response as a motion for additional time to respond and extended the response time until August 8, 2019. App. Dkt. 14.

On August 5, 2019, the Court granted counsel's travel request for travel to Pahrump to visit Mr. Moreno between August 14 to 17, 2019. App. Dkt. 16. The status of Mr. Moreno's case and counsel's intentions were set forth in her declaration in support of that travel request, which was submitted *ex parte* and under seal via e-voucher on July 31, 2019. Counsel incorporates those statements, appropriately maintained *ex parte* and under seal, as if set forth herein.

On August 7, 2019, Mr. Moreno filed an uncontested motion to extend the time to file the appellant's brief for 90 days based on the information submitted in the *ex parte* declaration to support the travel authorization. App. Dkt. 17. The Court granted the motion and the appellant's brief is now due on November 12, 2019.

Both the travel request and the motion to extend time explained counsel's ongoing efforts to communicate with Mr. Moreno (a necessary step in obtaining a response to his pro se submission) as well as new

developments. Thus, counsel had considered the August 7 motion responsive to the Court's order and did not file an additional response on August 8, 2019.

On August 15, 2019, counsel met with Mr. Moreno as authorized by this Court. Mr. Moreno was thereafter moved from Pahrump, Nevada and counsel is in communication with him at his present location in Jerome County, Idaho. Pursuant to discussions with Mr. Moreno, counsel is working at his direction on the issues outlined in the ex parte evoucher submission. If Mr. Moreno directs counsel to file a motion to withdraw in the future, she will do so.

To provide the Court with a response beyond counsel's assurance she has addressed the issue with her client and is working at his direction would require divulging sensitive and confidential communications. Thus, if additional information is required to comply with the Court's order, counsel asks for direction as to the extent and nature of information that would satisfy the Court's concern.

DATED this 4th day of September, 2019.

/s/ Robyn Fyffe
ROBYN FYFFE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 4, 2019, I filed the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means:

Bryce Bland Ellsworth, Special Assistant U.S. Attorney
Office of the United States Attorney
bryce.ellsworth@usdoj.gov

/s/ Robyn Fyffe
ROBYN FYFFE